UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PAUL GRYWALSKI, ) | CASE NO. 1:21-cv-00800 |
| ) | |
| Plaintiff, ) | JUDGE J. PHILIP CALABRESE |
| ) | |
| v. ) | |
| ) | **STIPULATION OF DISMISSAL** |
| PARKER-HANNIFIN CORPORATION, *et al.* ) | |
| ) | |
| ) | |
| Defendants. ) | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Paul Grywalski and Defendants, Parker-Hannifin Corporation ("Parker"), Brian Perry, Monique Grier, and Patricia Bollheimer (collectively, "Defendants"), by and through counsel, hereby state that all claims by and between them are hereby dismissed with prejudice, each party to bear his, her, or its own attorneys' fees, expenses, and costs.

| | |
|---|---|
| */s/ Andrew S. Pappert (per 11/15/2021 e-mail consent)* | */s/ Samuel H. Ottinger* |
| Brian D. Spitz (0068816) | Natalie M. Stevens (0079963) |
| Andrew S. Pappert (0093964) | Samuel H. Ottinger (0099034) |
| The Spitz Law Firm | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 25200 Chagrin Boulevard | 127 Public Square |
| Suite 200 | 4100 Key Tower |
| Beachwood, OH  44122 | Cleveland, OH  44114 |
| 216.291.4744 | 216.241.6100 |
| 216.291.5744 Fax | 216.357.4733 Fax |
| Brian.spitz@spitzlawfirm.com | Natalie.stevens@ogletree.com |
| Drew.pappert@spitzlawfirm.com | Sam.ottinger@ogletree.com |
| | |
| *Counsel for Plaintiff Paul Grywalski* | *Counsel for Defendants Parker-Hannifin Corporation, Brian Perry, Monique Grier, and Patricia Bollheimer* |

1

## CERTIFICATE OF SERVICE

 I hereby certify that on November 15, 2021 a copy of the foregoing *Stipulation of Dismissal* was served via e-mail on the following counsel of record.

Brian D. Spitz
Andrew D. Pappert
The Spitz Law Firm, LLC
25200 Chagrin Boulevard, Suite 200
Beachwood, OH 44122
brian.spitz@spitzlawfirm.com
drew.pappert@spitzlawfirm.com

*Counsel for Plaintiff Paul Grywalski*

               /s/  Samuel H. Ottinger
               *Counsel for Defendants Parker-Hannifin*
               *Corporation, Brian Perry, Monique Grier, and*
               *Patricia Bollheimer*

48941446.1